**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02519-CMA-KMT

SHAUNA COUEY,

    Plaintiff,

v.

OFFICER RANDY HURST, Individually and as a Police Office of the
   City and County of Denver,
GERALD R. WHITMAN, Individually and as Chief of Police of the
   City and County of Denver,
JOHN HICKENLOOPER, Individually and as Mayor of the
   City and County of Denver, and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 38). The Court having considered the Stipulation, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorney fees.

DATED: October   14  , 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge